

**RECEIVED**

AUG 28 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thomas Gene Ketchum III

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Roger E Walker Jr (Director)
Roy Bradford (WARDEN)
Prisoner Review Board
Parole District 1 Services

---

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV4862
JUDGE KENNELLY
MAG. JUDGE VALDEZ

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

__X__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.  **Plaintiff(s):**

   A.  Name: Thomas Gene Ketchum III

   B.  Date of Birth: 12-29-1983

   C.  List all aliases: _____

   D.  Prisoner identification number: Prison IDOC# R51688 / County # L99529

   ★ADA NOTE ──→ ★ (on Writ as of 7-18-07 at LAKE COUNTY JAIL)

   E.  Place of present confinement: BIG MUDDY RIVER Correctional Center

   F.  Address: P.O. Box 900, INA, IL, 62846  (*NOTE* P.O. Box 38 Waukegan, IL, 60087)

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: Roger E. Walker Jr.

   Title: Director of Illinois Department of Corrections

   Place of Employment: Springfield Illinois

   B.  Defendant: Roy Bradford

   Title: WARDEN of BIG MUDDY RIVER Correctional Center

   Place of Employment: Rte 53 / P.O. Box 900, INA, Illinois, 62846  BIG MUDDY RIVER CORRECTIONAL CENTER

   C.  Defendant: Prisoner Review Board / Parole Dist 1 Services

   Title: Illinois Department of Corrections

   Place of Employment: Chicago / Springfield Illinois

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 5/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 5/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On April 8th 2006, I was sentenced to I.D.O.C for 4 years at 50%. I was granted 298 days Jail time credit to apply towards this sentence, in addition, IDOC Granted me 90 days Meritous Good-time towards my sentence. Applying all the previous Goodtime credits, my projected out date was APRIL 20th 2007. On the Projected Out Date of 4-20-07 I was turned around for not having an approved "Host Site" for my Mandatory Supervised Release and Electronic Detention that was ordered by the Prisoner Review Board in December 05. I signed a Parole Violation paper on APRIL 23rd 2007. I was shipped from BMRCC to GRAHAM NRC on APRIL 25th 2007 and Saw the Prisoner Review Board at GRAHAM NRC on MAY 8th 2007. The PRB did not violate my parole but Cut my MSR in half from 2 years 4-21-09 to 1 year which made my Maximum Release Date 4-21-08. PRB said I must remain in IDOC Custody and may be released if a "Host Site" was Found and approved, and or, remain in custody untill my MRD of 4-21-08. I Filed Recorded Greivances to the Institutional Warden (Roy-Bradford) of BMR-CC where I was denied my release, And,

4

I Filed Recorded Greivances to Director (Roger E. Walker Jr.) Dircctor of Illinois Department of Corrections And, I Filed Greivances on Parole/Feild Services for not locating and refusing to find a Half-way house, Substance Abuse Center, or other shelters I may be allowed to Parole to. All responses by the above mentioned Departments and Personell were the same, "That I am to remain in IDOC Custody untill an "Host Site" is found. But, neither Parole/Feild services has submitted any Information on me to any Parolable sites (Halfway Homes, Rehab Centers, Transitional Centers, or shelters.) They are denying my Due Process Rights of Parolees, Mandatory Supervised Releasees Etc. All above Greivances and steps were Filed and are on record in my Master File in IDOC. All letters from Directors of IDOC and Coordinators, Counselors, and Feild Service workers are/were confiscated by the INTERNAL AFFAIRS Department in BIG MUDDY RIVER Correctional Center by Lt. Brian Kuder and is in my IA file. I have no access to them without proper authorization....

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

#1) Immediate Release from the Custody of the Illinois Department of Corrections without Parole. (Discharge from IDOC)

#2) Granted Money from IDOC of $100 a day held Confined from Projected Out Date on 4-20-07 to the Outcome of this Lawsuit.

#3) Pass new Statute Concerning these actions as VIOLATIONS so IDOC cannot do these things to future MSR/Parolees.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18th day of 8, 20 07

_____Thomas Gene Ketchum III_____
(Signature of plaintiff or plaintiffs)

Thomas Gene Ketchum III
(Print name)

IDOC# R51688 / AAA Note County # L99529
(I.D. Number)

BIG MUDDY RIVER CC P.O Box 900, Ina, IL 62846-0900

Note: Lake County Jail P.O Box 38, Waukegan, IL, 60087-0038.

(Address)

6

Revised 5/2007